FILED
June 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Adriana Quezada____
DEPUTY

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.                                                Case Number: EP:25-MJ-02350-LE(1)
                                                  USM Number:

ALEX UBALDO AMADOR-GALIOTE

   Defendant.

## AMENDED JUDGMENT IN A CRIMINAL CASE

The defendant, ALEX UBALDO AMADOR-GALIOTE, was represented by VERONICA TERESA LERMA.

On motion by the United States, the Court has dismissed the Criminal Complaint.

The defendant pled guilty to the Information on May 29, 2025. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 50 U.S.C. 797 | Prohibits Willful Violation of Defense Property Security Regulation | 05/11/2025 | 1 |
| 18 U.S.C. 1382 | Entry of Military Property for any Purpose Prohibited by Law | 05/11/2025 | 2 |
| 8 U.S.C. 1325 | Improper Entry by an Alien | 05/11/2025 | 3 |

As pronounced on May 29, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day**, as to each of Counts 1, 2, and 3; to run concurrently. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. §3013 is hereby remitted pursuant to 18 U.S.C. §3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed this 4th day of June, 2025.

_____
LAURA ENRIQUEZ
United States Magistrate Judge